# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Brandi Malcolm**

       Plaintiff(s)

vs.                              **CASE NUMBER: 5:21-cv-435 (ML)**

**Commissioner of Social Security**

       Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED as follows: 1) Plaintiffs motion for judgment on the pleadings (Dkt. No. 12) is DENIED. 2) Defendants motion for judgment on the pleadings (Dkt. No. 15) is GRANTED. 3) The Commissioners decision denying Plaintiff Social Security benefits is AFFIRMED. 4) Plaintiffs Complaint (Dkt. No. 1) is DISMISSED. 5) The Clerk of Court is respectfully directed to enter judgment, based upon this determination, DISMISSING Plaintiffs Complaint in its entirety and closing this case.

All of the above pursuant to the order of the Honorable Miroslav Lovric, dated the 27th day of September, 2022.

DATED: September 27, 2022

_____
Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk